®JS 44 (Rev. 11/04)                              **CIVIL COVER SHEET**                                 APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF
ALICIA HERNANDEZ

**DEFENDANTS** LAMBOY FURNITURE, INC. and LAMBOY HOUSING DEVELOPMENT CO. and NATIONAL TENANT NETWORK and CANDELARIO LAMBOY

(b) County of Residence of First Listed Plaintiff  Philadelphia
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Unknown
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq. and Theodore E. Lorenz, Esq., Lundy, Flitter, Beldecos & Berger, P.C., 450 N. Narberth Avenue, Narberth, PA 19072, (610) 822-0770

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1681
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE                  DOCKET NUMBER

DATE 1/17/07   SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| ALICIA HERNANDEZ | : |
| | : CIVIL ACTION |
| V. | : |
| | : |
| LAMBOY FURNITURE, INC. and | : |
| LAMBOY HOUSING | : |
| DEVELOPMENT CO. and | : NO. |
| NATIONAL TENANT NETWORK | : |
| and CANDELARIO LAMBOY | : |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.        ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits                ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                         ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management
     by the court. (See reverse side of this form for a detailed explanation of special
     management cases)                                                             ( )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.  ( X )

| | | |
|---|---|---|
| 1/17/07 | *signature* | PLAINTIFF |
| **Date** | **Attorney at Law** | **Attorney for** |
| 610-668-0011 | 610-667-0552 | LORENZ@LFBB.COM |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

UNITED STATES DISTRICT COURT          APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 2046 N. Howard Street, Philadelphia, PA 19133

Address of Defendants: 2846 N. 5th Street, Philadelphia, PA 19133 and 188 Freis Mill Road, Blackwood, NJ 08012

Place of Accident, Incident or Transaction: 2046 N. Howard Street, Philadelphia, PA 19133          *(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?          Yes ☐   No ☒

RELATED CASE, IF ANY:

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes ☐   No ☐

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
   (Please specify) 15 U.S.C. §1681

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
   (Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
  ☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
  ☐ Relief other than monetary damages is sought

DATE: 1/17/07          _____ Attorney-at-Law          67795 Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 1/17/07          _____ Attorney-at-Law          67795 Attorney I.D.

CIV.609 (4/03)

clf\files\hernandez-lamboy\pleadings\Hernandez Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA HERNANDEZ<br>2046 N. Howard Street<br>Philadelphia, PA 19133<br>     Plaintiff<br>vs.<br><br>LAMBOY FURNITURE, INC.<br>2846 N. 5th Street<br>Philadelphia, PA 19133<br>And<br><br>LAMBOY HOUSING DEVELOPMENT CO.<br>2846 N. 5th Street<br>Philadelphia, PA 19133<br>And<br><br>NATIONAL TENANT NETWORK<br>188 Freis Mill Road<br>Blackwood, NJ 08012<br>And<br><br>CANDELARIO LAMBOY<br>c/o Lamboy Furniture, Inc.<br>2846 N. 5th Street<br>Philadelphia, PA 19133<br>     Defendants | NO. |

## **COMPLAINT**

### I.   **INTRODUCTION**

1.   This is an action for damages brought by a consumer pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq. Defendants accessed plaintiff's confidential consumer credit report in order to facilitate an invasion of privacy and identity theft.

2.   The FCRA only permits access to consumer reports for specific purposes

enumerated under the FCRA. 15 U.S.C. §1681b. Defendants did not have any permissible purpose to access plaintiff's consumer credit report.

3. Any person or entity who willfully and/or negligently violates the FCRA is subject to liability. 15 U.S.C. §1681n and §1681m.

## II. JURISDICTION

4. Jurisdiction arises under the FCRA, 15 U.S.C. §1681p, and 28 U.S.C. §1337.

## III. PARTIES

5. Plaintiff is Alicia Hernandez who resides in Philadelphia, Pennsylvania at the address captioned.

6. Defendant Lamboy Furniture, Inc. is a Pennsylvania corporation with a business address as captioned.

7. Defendant Lamboy Housing Development Co. is a Pennsylvania corporation with a business address as captioned.

8. Defendant Candelino Lamboy is the owner of Lamboy Furniture, Inc. and of Lamboy Housing Development Co. with an address as captioned. Lamboy Furniture, Inc., Lamboy Housing Development Co, and Candelario Lamboy are collectively referred to as "Lamboy".

9. Defendant National Tenant Network ("NTN") is a New Jersey corporation which regularly does business in Pennsylvania and has a service address as captioned.

10. NTN regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681a(d), to third parties, for monetary compensation.

11. NTN is a "consumer reporting agency" as defined in 15 U.S.C. §1681a(f).

2

## IV. STATEMENT OF CLAIM

12. In 2005, plaintiff leased residential property to an individual named Jose Diaz ("Diaz"), who occupied the same as a tenant. The property was located at 4740 N. Mascher Street, Philadelphia, PA (The "property").

13. Diaz was subsequently evicted from the property on or about August 24, 2006.

14. Plaintiff, while cleaning and readying the property to be relet, found in the debris Diaz left at plaintiff's property, one or more consumer credit reports of her. These credit reports had been obtained by NTN at Lamboy's request.

15. The consumer reports provided by NTN to Lamboy consists of a tenant performance profile of plaintiff Hernandez and includes sensitive personal and private information, such as her social security number, a credit history profile, employer information, home address information and the like.

16. Plaintiff never sought to lease any property from Lamboy.

17. Plaintiff never gave Lamboy permission or consent to obtain a consumer report, nor did Lamboy have any permissible purpose to secure plaintiff's credit report.

18. Plaintiff never gave NTN permission or consent to provide Lamboy or others a consumer report about her.

19. Plaintiff never gave Diaz or any defendant permission or consent to obtain a consumer report.

20. Diaz, upset about being evicted, has sought retribution against plaintiff Hernandez. Diaz has stalked Hernandez and threatened her.

21. Lamboy and NTN intentionally or negligently aided Diaz in his activities against plaintiff.

22.     Lamboy provided a phony reason to obtain plaintiff's credit report for impermissible and unlawful purposes.

23.     Lamboy and NTN provided Diaz with a consumer report on plaintiff so that Diaz could stalk, harass and harm her.

24.     None of the defendants had a permissible purpose or reason to obtain a consumer report about plaintiff.

25.     Pursuant to 15 U.S.C. §1681b, a consumer report can only be provided for the specific purposes stated thereunder, including for use in connection with a credit transaction or for employment purposes.

26.     None of the defendants had a permissible purpose under 15 U.S.C. §1681b to request or supply a consumer report relating to plaintiff.

27.     As a result of each defendant's willful, wanton, reckless, and/or negligent action, plaintiff has been damaged.

28.     Plaintiff's privacy has been invaded as a result of the willful, wanton, reckless and/or negligent conduct of defendants.

29.     Plaintiff has suffered mental and emotional distress, worry, humiliation, and embarrassment as a result of defendants' actions.

30.     Plaintiff's credit profile and history has been adversely effected as a result of defendants' actions.

## COUNT I - FAIR CREDIT REPORTING ACT
### (V. LAMBOY FURNTITURE, INC. AND LAMBOY DEVELOPMENT CO)

31.     Plaintiff repeats the allegations contained above as if the same were here set forth at length.

4

32. Lamboy Furniture, Inc. and Lamboy Development Co. have jointly and/or severally violated the Fair Credit Reporting Act by willfully and/or negligently failing to comply with the requirements imposed under 15 U.S.C. §1681b, for obtaining or providing a consumer report, including obtaining a consumer report under false pretenses.

33. Lamboy Furniture, Inc. and Lamboy Development Co. have jointly and/or severally violated the Fair Credit Reporting Act by willfully and/or negligently reporting or obtaining credit information about plaintiff. 15 U.S.C. §1681n and §1681o.

**WHEREFORE**, Plaintiff, Alicia Hernandez demands judgment against Lamboy Furniture, Inc. and Lamboy Development Co, jointly and/or severally, for:

(a) Actual and compensatory damages;

(b) Punitive damages;

(c) Attorney's fees and costs; and

(d) Such other and further relief as the Court shall deem just and proper.

### COUNT II - FAIR CREDIT REPORTING ACT
### (V. CANDELARIO LAMBOY)

34. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

35. Candelario Lamboy has willfully and/or negligently failed to comply with the requirements imposed under 15 U.S.C. §1681b, for obtaining or providing a consumer report, including obtaining a report under false pretenses.

36. Candelario Lamboy has violated the Fair Credit Reporting Act by willfully and/or negligently reporting or obtaining credit information about plaintiff. 15 U.S.C. §1681n and §1681o.

**WHEREFORE**, Plaintiff, Alicia Hernandez demands judgment against Candelario Lamboy for:

    (a)    Actual and compensatory damages;

    (b)    Punitive damages;

    (c)    Attorney's fees and costs; and

    (d)    Such other and further relief as the Court shall deem just and proper.

### COUNT III - FAIR CREDIT REPORTING ACT
### (V. NATIONAL TENANT NETWORK)

37.    Plaintiff repeats the allegations contained above as if the same were here set forth at length.

38.    NTN has violated the Fair Credit Reporting Act by willfully and/or negligently failing to comply with the requirements imposed under 15 U.S.C. §1681b, for obtaining or providing a consumer report.

39.    NTN has violated the Fair Credit Reporting Act by willfully and/or negligently reporting or obtaining credit information about plaintiff. 15 U.S.C. §1681n and §1681o.

**WHEREFORE**, Plaintiff, Alicia Hernandez demands judgment against defendant National Tenant Network for:

    (a)    Actual and compensatory damages;

    (b)    Punitive damages;

    (c)    Attorney's fees and costs; and

    (d)    Such other and further relief as the Court shall deem just and proper.

## V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 01/16/07

/s/ *Cary L. Flitter  (CLF5997 )*
CARY L. FLITTER
THEODORE E. LORENZ
Attorneys for Plaintiff
LUNDY, FLITTER,
BELDECOS & BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0781

7