clf\hernandez\pleadings\CLF Entry of Appearance

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA HERNANDEZ<br>　　　　　　　Plaintiff<br><br>vs.<br><br>LAMBOY FURNITURE, INC. and LAMBOY HOUSING DEVELOPMENT CO. and NATIONAL TENANT NETWORK and CANDELARIO LAMBOY<br>　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 07-CV-0240(JD) |

## ENTRY OF APPEARANCE

To the Clerk:

    Kindly enter my appearance as co-counsel for Plaintiff, Alicia Hernandez, in the above captioned matter.

Date: 02/08/07　　　　　　　　　　　　　　/s/ Cary L. Flitter (CLF5997)
　　　　　　　　　　　　　　　　　　　　　CARY L. FLITTER
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　LUNDY, FLITTER,
　　　　　　　　　　　　　　　　　　　　　BELDECOS & BERGER, P.C.
　　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue
　　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　　(610) 668-0770