# EXHIBIT "B"

Access#: _____



# National Tenant Network
## Comprehensive Tenant Performance Reporting

## Subscription Agreement

Enclosed is my one time, lifetime $35.00 subscription fee to National Tenant Network (NTN). This agreement entitles the subscriber to all services available through NTN. A monthly invoice will itemize only those reports ordered during the most recent billing period. This agreement covers _____ rental properties consisting of _____ rental units. Each property requiring separate invoicing requires a separate account. Please attach a list of apartment complex names, addresses, manager's names and telephone numbers.

## Certifications and Conditions of Use

The Federal Fair Credit Reporting Act (15USC1681 et seq) and other applicable state laws restrict the purposes for which and under what conditions any person may obtain credit reports or other consumer information from a credit reporting agency. These laws control the confidentiality of credit information and under what circumstances it may be disclosed. Denial of residence requires that you disclose the source of any adverse information contributing to the denial. Pursuant to these laws, NTN requires the following certifications from its subscribers. You must initial in the space provided.

The undersigned certifies: (*please initial next to each section*)

- initial  _ℓC_   that it is the owner/agent of an owner of rental property

- initial  _ℓC_   that each request for reports will be based upon a legitimate business need in connection with a business transaction

- initial  _ℓC_   that the information will be used for no other purpose

- initial  _ℓC_   that written authorization will be obtained from the applicant prior to initiating any credit investigation



EXHIBIT
Lamboy-3
9-6-07 mcf

The undersigned subscriber agrees to allow NTN or its authorized agents to inspect any records, documentation or physical premises to determine compliance with these laws. NTN strongly advises that its subscribers become familiar with these laws, their requirements and restrictions.

Use of NTN services by the undersigned subscriber indicates an understanding of and compliance with the above.

Subscriber agrees to indemnify and hold NTN harmless for failure to obtain written authorization before initiating a credit investigation and to further indemnify and hold NTN harmless of all claims arising out of the improper use, disclosure or storage of credit information. In any action brought to enforce the terms of this agreement, or resulting from a breach by the subscriber, the undersigned agrees to pay all reasonable fees incurred by NTN, including attorney fees.

Subscriber agrees to pay NTN within 30 days of billing. A service charge of 1.5% or a late fee of $5.00 (whichever is greater) will apply on invoices over 30 days past due. Accounts past due are also subject to credit hold. Conditions and pricing contained in this agreement are subject to change upon 30 days written notice from NTN.

**SUBSCRIBER INFORMATION AND SIGNATURES ON REVERSE SIDE**
**REVERSE SIDE MUST BE COMPLETED**
Please complete the following in full

(215) 922-2272    (800) 422-8299    (609) 232-6545    Fax: (609) 232-6548
http://www.ntnnet.com    E-mail: philly@ntnnet.com

Page 1 of 2

PH 3994

**Property Name:** LAMBOY INC
(If several, please attach a separate list)

**Property Address:** 2846 N 5 Th St / 918 Broadway Camden NJ

**Subscriber Name:** LAMBOY FURNITURE INC

**Contact Person:** CANDELARIO LAMBOY

**Billing Address:** 2846 N 5 Th

**City:** Phila  **State:** PA  **Zip Code:** 19133

**Phone Number:** (215) 228 1903  **Fax Number:** (215) 228 2636

**Signed:** Candelario Lamboy  **Title:** Pres  **Date:** 5/5/98

LI 5/11
SUF rec'd
CK#1004

# National Tenant Network
*Post Office Box 1023 Turnersville NJ 08012*

Pennsylvania, New Jersey, Oregon, Washington, California, Kansas, Indiana, Kentucky, Texas, Massachusetts, North Carolina, Virginia, Georgia, and Florida

(215) 922-2272   (800) 422-8299   (609) 232-6545   Fax: (609) 232-6548
http://www.ntnnet.com   E-mail: philly@ntnnet.com

Page 2 of 2