IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALICIA HERNANDEZ** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | **NO. 07-00240** |
| | : | |
| **LAMBOY FURNITURE, INC., LAMBOY** | : | |
| **HOUSING DEVELOPMENT CO.,** | : | |
| **NATIONAL TENANT NETWORK, and** | : | |
| **CANDELARIO LAMBOY** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 12th day of March, 2009, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Court **RETAINS** jurisdiction over the settlement, and will entertain a motion to set aside this dismissal Order in the event the proceeds of settlement are not paid as required by the settlement agreement.

BY THE COURT:

/s/ Honorable Jan E. DuBois
**JAN E. DUBOIS, J.**